**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6243**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TREMAYNE K. GRAHAM, a/k/a Kiki,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., Senior District Judge.  (6:03-cr-01092-HMH-10)

Submitted:  October 22, 2024                              Decided:  December 10, 2024

Before WYNN, HARRIS, and BERNER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tremayne K. Graham, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tremayne K. Graham appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Graham*, No. 6:03-cr-01092-HMH-10 (D.S.C. Feb. 27, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*